UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

STATE OF INDIANA EX REL. HILL,     )
     )
     Plaintiff,     )
     )
     v.     )     CASE NO. 3:18-CV-632-JD
     )
FRANCISCAN ALLIANCE, INC.,     )
d/b/a Franciscan Physician Network,     )
     )
     Defendant.     )

## ORDER

This matter is before the Court on the Unopposed Motion to Approve the Settlement

Agreement and Consent Decree [DE 5]. This case involves an action by the Attorney General of

the State of Indiana alleging violations of federal health care laws with respect to the privacy of

individual health information by Franciscan Alliance, Inc. d/b/a Franciscan Physician Network

[DE 1]. Jurisdiction is established under 42 U.S.C. § 1320d-5 and 28 U.S.C. § 1331.

Per the motion, Defendant, Franciscan Alliance, Inc., has consented to the entry of the

"Settlement Agreement and Consent Judgment," which resolves all pending claims in this case.

Accordingly, after due consideration, it is ORDERED, ADJUDICATED, AND

DECREED as follows:

1.     The Court has jurisdiction over the parties hereto and the subject matter herein;

2.     The Unopposed Motion to Approve the Settlement Agreement and Consent

Decree is GRANTED [DE 5];

3.     Pursuant to Federal Rule of Civil Procedure 58, final judgment is ENTERED;

4.      The "Settlement Agreement and Consent Judgment" [DE 5-1] is approved, adopted, and ratified;

5.      The Court shall retain jurisdiction solely for the purpose of enforcing the "Settlement Agreement and Consent Judgment"; and

6.      To the extent not otherwise disposed of herein, all other pending claims are hereby DENIED as moot.

The Clerk shall terminate this case.

SO ORDERED.

ENTERED:  October 9, 2018

    /s/ JON E. DEGUILIO        
Judge
United States District Court
