# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

STATE OF INDIANA.
*ex rel Hill*,

                        Plaintiff

                        v.                                            Civil Action No.  3:18cv632

FRANCISCAN ALLIANCE, INC.
*doing business as*
FRANCISCAN PHYSICIAN NETWORK,

                        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other:  The parties' Settlement Agreement and Consent Judgment is approved, adopted, and ratified. The Court shall retain jurisdiction solely for the purpose of enforcement.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jon E. DeGuilio on a Motion to Approve Settlement Agreement and Consent Decree by Plaintiff.

DATE:  October 10, 2018                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                      By:  s/  L. Higgins-Conrad
                                                            *Signature of Deputy Clerk*